**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Pamela Docken,

Plaintiff,

v.

David Drucker and the State of Minnesota,

Defendant.

Civil File No. 01-1106 (MJD/SRN)

**ORDER**

---

Ruth Y Ostrom, Mark A. Greenman, Greenman & Ostrom, for and on behalf of Plaintiff.

Yvonne Shorts, Assistant Attorney General, State of Minnesota, for and on behalf of Defendants.

---

The above-entitled matter comes before the Court upon Plaintiff's and Defendants' objections to the Report and Recommendation of United States Magistrate Judge Susan R. Nelson dated August 27, 2002.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Plaintiff argues that the Magistrate Judge:

1. Erred by improperly applying the McDonnell Douglas burden-shifting test in analyzing Plaintiff's Motion for Summary Judgment on her FMLA claim.

2. Erred by misapplying Ragsdale v. Wolverine World Wide, Inc., 535 U.S. 81 (2002) in denying Plaintiff's Motion for Summary Judgment on her FMLA claim.



FILED MAY 2 2 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. Erred by misconstruing Lickteig v. Alderson, Ondov, Leonard, 556 N.W.2d 557 (Minn. 1996), in granting Defendant's Motion for Summary Judgment on Plaintiff's claim for negligent infliction of emotional distress.

Defendant argues that the Magistrate Judge erred in her analysis of Defendant's Motion for Summary Judgment on Plaintiff's claim for constructive discharge, because Plaintiff cannot prove that she suffered an adverse employment action, that a reasonable person in her situation would have no alternative but to resign, or that she suffered from intolerable working conditions.

The Court has reviewed the applicable law and finds the Magistrate Judge applied the correct standard. Based on this Court's review of the record, the Court **ADOPTS** the Report and Recommendation dated August 27, 2002.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment on her FMLA claim is **DENIED**;
2. Defendants' Motion for Summary Judgment on Plaintiff's Constructive Discharge claim is **DENIED**; and
3. Defendant's Motion for Summary Judgment on Plaintiff's Negligent Infliction of Emotional Distress claim is **GRANTED**.

Date: May 21, 2003

Michael J. Davis
Michael J. Davis
United States District Court Judge