UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Pamela Docken,

Plaintiff,

vs.

David Drucker and the State of Minnesota,

Defendants.

Civil File No. 01-CV-1106 MJD/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES to the above-entitled matter that any and all claims asserted by Plaintiff Pamela Docken against Defendants Minnesota Department of Public Safety and David Drucker are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that the court may immediately enter its order based upon this stipulation and without an award of attorneys' fees, costs, or disbursements to any party.

| | |
|---|---|
| Dated: June 24, 2004.<br><br>s/ Mark Greenman<br>Bar No. 0228990<br>RUTH OSTROM<br>Bar No. 0245641<br>Attorneys for Plainiff<br>Greenman & Ostrom<br>270 Grain Exchange North<br>301 Fourth Avenue South<br>Minneapolis, MN 55415<br>(612) 677-8300 | Dated: August 8, 2004.<br><br>s/ Melissa Vogt Brettingen<br>Assistant Attorney General<br>Bar No. 0284658<br>GARY R. CUNNINGHAM<br>Assistant Attorney General<br>Bar No. 180610<br>Attorneys for Defendants<br>MIKE HATCH<br>Attorney General<br>State of Minnesota<br>445 Minnesota Street, Suite 1100<br>St. Paul, Minnesota 55101-2128<br>(651) 282-9965/5705 (Voice) |

AG: #1281855-v1