UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Pamela Docken,

Plaintiff,

vs.

David Drucker and the State of Minnesota,

Defendants.

Civil File No. 01-CV-1106 MJD/SRN

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the parties' Stipulation of Dismissal, it is hereby ordered that the above-entitled action is dismissed without assessment of costs and attorney fees to any party, that this dismissal is not an adjudication upon the merits, and that plaintiff shall not commence any action in any state or federal court based upon or including any claim alleged in the above-entitled action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 23, 2004

s/ Michael J. Davis
JUDGE MICHAEL J. DAVIS
United States District Court